[No. 2720–3.  Division Three.  May 3, 1979.]

LEONARD BEAUCHENE, ET AL, *Appellants,* v.
A. H. MARCHANT, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Yakima County, No. 58550, Howard Hettinger, J., entered December 19, 1977. *Affirmed as modified* by unpublished opinion per McInturff, J., concurred in by Munson and Roe, JJ.

[No. 5530–1.  Division One.  May 7, 1979.]

BANK OF EVERETT, *Respondent,* v. DURWARD
M. TURNER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 129294, John E. Rutter, Jr., J., entered May 16, 1977. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Swanson, A.C.J., and Farris, J.

[No. 5917–1.  Division One.  May 7, 1979.]

*In the Matter of the Marriage of* CHARLOTTE
R. WALLER, *Appellant, and* LESTER
O. WALLER, *Respondent.*

Appeal from a judgment of the Superior Court for Skagit County, No. 36934, Walter J. Deierlein, Jr., J., entered August 8, 1977. *Affirmed* by unpublished opinion per Ringold, J., concurred in by James and Andersen, JJ.